Case 3:23-cr-02080-FM   Document 3   Filed 10/19/23   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID SANTIAGO RENTERIA, | § § § | |
| Petitioner, | § § | EP-23-CR-02080-FM |
| v. | § § | |
| BOBBY LUMPKIN, Direct, Texas Department of Criminal Justice, Institutions Division; RONALD IVEY, Senior Warden, Polunsky Unit, | § § § § § | |
| Respondents. | § § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner applies to the Court for the issuance of a writ of habeas corpus ad prosequendum because his appearance is necessary for an upcoming hearing on **Monday, November 6, 2023, at 10:30 am**, before **Senior U.S. District Judge Frank Montalvo**, in Courtroom No. 422, Fourth Floor of the United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901.

1. Name of Detainee: **David Santiago Renteria, TDCJ No. 05012298**

2. Name of custodian and place of confinement:
   **Polunski Unit,
   3872 FM 350 South
   Livingston, Texas 77351**

Accordingly, it is **HEREBY ORDERED** that the above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this district, are **FURTHER ORDERED** to produce the named detainee on the date and at the time recited above, and for any further proceedings to be had in this cause; and at the conclusion of said proceedings, to return said detainee to the above-named custodian.

SIGNED AND ENTERED this 19 day of October 2023.

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy