UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>DAVID SANTIAGO RENTERIA,<br><br>    Defendant. | § <br>§  CAUSE NO. 3:23-CR-2080-FM<br>§<br>§  State Ct. Cause No. 20020D00230<br>§  327th District Court, El Paso County, Texas<br>§<br>§<br>§         CAPITAL CASE<br>§  **EXECUTION SCHEDULED FOR<br>§            NOV. 16, 2023**<br>§<br>§ |

# NOTICE OF APPEAL

David Santiago Renteria, Defendant in the above-named case, gives notice that he is appealing to the United States Court of Appeals for the Fifth Circuit the Remand Order (ECF No. 6) and the Order Denying Reconsideration (ECF No. 9) entered on October 20, 2023, and October 31, 2023, respectively.

DATED:  November 3, 2023.            Respectfully submitted,

MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

 /s/ Tivon Schardl
TIVON SCHARDL
Chief, Capital Habeas Unit
Tex. Bar No. 24127495
Federal Defender Office
919 Congress, Suite 950
Austin, Texas 78701
737-207-3008 (tel.) / 512-499-1584 (fax)
tivon_schardl@fd.org

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2023, I served the foregoing Defendant's Notice of Removal and Supporting Brief and all attachments thereto by uploading it to the Court's CM/ECF system:

Jay David Clendenin
Office of Attorney General of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548
(512) 463-1514
Fax: (512) 936-1280
Email: jay.clendenin@oag.texas.gov

                                            */s/ Tivon Schardl*
                                            Tivon Schardl